

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2025

No. 04-25-00339-CV

**IN RE SWIFT TRANSPORTATION SERVICES, LLC**
and Alfredo Romanos Villarreal

Original Proceeding[1]

**ORDER**

Sitting:    Irene Rios, Justice
Adrian A. Spears, II, Justice
Velia J. Meza, Justice

On May 28, 2025, relators filed their petition for writ of mandamus requesting this court vacate respondent's March 17, 2025, oral pronouncement granting real party in interest's motion to exclude untimely disclosed expert witnesses and opinions. The record does not reflect a rendered written order. Relators subsequently filed a motion for temporary stay of the trial court proceedings. The court has determined that relators are not entitled to the relief requested based on the pleadings and record presented.

The petition for writ of mandamus is **DENIED**. The motion for temporary stay is **DENIED AS MOOT**.

It is so **ORDERED** on August 20, 2025.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2025.

_Caitlin A. McCamish_
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2022CVA001742D3, styled *Jerry Tubbs v. Swift Transportation Services, LLC and Alfredo Romanos Villareal*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.